# United States District Court
# For The Western District of North Carolina
# Statesville Division

JERRY RAY ELLISON, JR.,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:04CV70

CIGNA HEALTHCARE OF NORTH CAROLINA, INC. AND CONNECTICUT GENERAL LIFE INSURANCE CO.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 7, 2006, Order.

Signed: August 7, 2006

Frank G. Johns, Clerk
United States District Court